# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD SANTOS, | CASE NO. 1:12-cv-01687-AWI-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL |
| v. | |
| PAUL COPENHAVER, et al., | |
| Defendants. | (ECF Nos. 1 and 2) |

Plaintiff Willard Santos, a federal prisoner proceeding pro se, filed this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors, on October 15, 2012. Plaintiff filed a notice that he seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." The Court finds that Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 8:01-cv-00729-JDW Santos v. Ashcroft, et al. (M.D.Fla.) (dismissed on April 18, 2001, as barred by Heck v. Humphrey, 512 U.S. 477, 114 S.Ct. 2364 (1994)); 2:02-cv-00335-JES, Santos v. Wilson, et al. (M.D.Fla) (dismissed on July 29, 2002, as barred by Heck, 512 U.S. 447); and Santos v. Dep't of Justice, et al. (M.D.Pa.) (dismissed on January 3, 2005, for failure to state a claim and as barred by Heck, 512 U.S. 447).

1


The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.  Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007).  Instead, Plaintiff alleges that he is being denied delivery of certain pieces of mail in violation of the First Amendment.  Because Plaintiff alleges no facts supporting a finding that he is under imminent danger of serious physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is denied; and
2. This action is dismissed, without prejudice to refiling with the submission of the $350.00 filing fee in full.

IT IS SO ORDERED.

Dated:   October 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE